IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

WAYNE MEETZ,
individually and on behalf of
all others similarly situated,
         Plaintiff,

                                                CASE NO. 16-cv-1313-WCG
   v.

WISCONSIN HOSPITALITY GROUP, LLC.,

   and

PH HOSPITALITY GROUP, LLC,
d/b/a PIZZA HUT, et al.,

         Defendants.

## JOINT STIPULATION TO AMEND SCHEDULING ORDER

Plaintiff, by and through his attorneys, Hawks Quindel, S.C., and Defendants Wisconsin Hospitality Group, LLC and PH Hospitality Group, LLC, d/b/a Pizza Hut, by and through their attorneys, Godfrey & Kahn, S.C., (collectively "The Parties"), submit this Joint Stipulation to Amend the Scheduling Order and hereby respectfully request the Court to modify its prior Scheduling Orders (ECF No. 22, 129) as stated herein.

As indicated in the prior Joint Stipulation to Amend the Scheduling Order (ECF No. 127), the Parties agreed to engage in mediation to seek possible resolution of this matter. To that end, the Parties had a mediation session on March 14, 2018. Though unable to resolve the case on March 14, 2018, the Parties agreed to a second

mediation session on May 21, 2018 and desire to continue to engage in good faith efforts to reach a resolution of the claims at issue in this litigation. As a result, to facilitate the ongoing attempts to resolve this matter and in support of this Stipulation, the Parties state as follows:

1. The Parties have agreed to extend the deadline for Plaintiff to seek Certification of a Rule 23 Class or for Defendants to seek Decertification of the Conditional FLSA class to July 31, 2018.

2. The Parties have agreed to extend the deadline for Plaintiff's Rule 26 expert witness disclosures to August 31, 2018.

3. The Parties have agreed to extend the deadline for Defendant's Rule 26 expert witness disclosures to October 19, 2018.

4. The Parties have agreed to extend the deadline for completion of discovery to January 18, 2019.

5. The Parties have agreed to extend the deadline to file motions for summary judgment to April 19, 2019.

6. The Parties will defer to the Court to set a new date for final pretrial and trial in 2019.

7. The Parties are not seeking any other changes in the scheduling order.

Dated this 16th day of March, 2018.

| | |
|---|---|
| Respectfully submitted, | Respectfully Submitted, |
| *s/ Rebecca M. Lopez* | s/ Summer H. Murshid |
| Brian C. Spahn, SBN 1060080 | Larry A. Johnson, SBN 1056619 |
| bspahn@gklaw.com | ljohnson@hq-law.com |
| Josh Johanningmeier, SBN 1041135 | Summer H Murshid, SBN 1075404 |
| jjohanningmeier@gklaw.com | smurshid@hq-law.com |
| Rebecca M. Lopez, SBN 1084842 | Timothy P. Maynard, SBN 1080953 |
| rlopez@gklaw.com | tmaynard@hq-law.com |
| | |
| **Godfrey & Khan, S.C.** | **Hawks Quindel, S.C.** |
| 833 East Michigan Street, Suite 1800 | 222 E Erie Street, Suite 210 |
| Milwaukee, WI 53202-5615 | P.O. Box 442 |
| (414) 273-3500 (office) | Milwaukee, WI 53202-0442 |
| (414) 273-5198 (facsimile) | (414) 271-8650 (office) |
| | (414) 271-8442 (facsimile) |
| | |
| **Attorneys for Defendants** | **Attorneys for Plaintiff** |