IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

WAYNE MEETZ, individually and on
behalf of all others similarly situated,

      Plaintiff,

      v.                        Case No. 16-cv-1313

WISCONSIN HOSPITALITY GROUP, LLC,
and PH HOSPITALITY GROUP, LLC,
d/b/a PIZZA HUT.

      Defendants.

## FINAL ORDER APPROVING SETTLEMENT

Having conducted a fairness hearing on the Parties' proposed Settlement Agreement, IT IS HEREBY ORDERED THAT:

1.    The Settlement Agreement, ECF No. 179-1, is APPROVED in its entirety as it meets the requirements of relevant federal and Wisconsin law, due process and is a fair and reasonable resolution of a *bona fide* dispute between the Defendants, the Named Plaintiff, the certified Fed. R. Civ. P. 23 Class Members, and the 29 U.S.C. § 216(b) Collective Class Members;

2.    The Settlement Agreement, ECF No. 179-1, including its provision of a total Settlement Fund not to exceed $2,000,000, is APPROVED as binding on Defendants, the Named Plaintiff, the certified Fed. R. Civ. P. 23 Class Members who have not excluded themselves, and the 29 U.S.C. § 216(b) Collective Class Members;

3. The following service awards are APPROVED as fair and reasonable:

    a. Named Plaintiff Wayne Meetz - $25,000.00;

    b. Opt-in Plaintiff Garrett Malin - $1,500.00;

    c. Opt-in Plaintiff Dustin Long - $1,500.00;

    d. Opt-in Plaintiff Troy Ness - $1,500.00;

    e. Opt-in Plaintiff Elizabeth Hernandez - $1,500.00;

    f. Opt-in Plaintiff Chris Horneck - $1,500.00; and

    g. Opt-in Plaintiff Zachary Bertrand - $1,500.00;

4. Class Counsel's Motion for an Award of Attorneys' Fees in the amount of 33.33% of the Settlement Fund ($666,666.67) and costs in the amount of $123,074.67 is APPROVED as fair and reasonable;

5. By consent of the Parties, the Court SHALL retain jurisdiction for the purpose of enforcing the terms of the Settlement Agreement throughout the duration of the payment period and until WHG has paid the full Settlement Fund;

6. This case is ADMINISTRATIVELY CLOSED at this time until WHG has paid the Settlement Fund in full;

7. Upon WHG paying the Settlement Fund in full, Class Counsel SHALL file a dismissal with prejudice of the 29 U.S.C. § 216(b) Collective Class's federal law claims against Defendants; and

8. Upon WHG paying the Settlement Fund in full, Class Counsel SHALL file a dismissal with prejudice of the Fed. R. Civ. P. 23 Class's state law claims against Defendants.

Dated this 31st day of October, 2018 at Milwaukee, Wisconsin.

                                             By:     s/William C. Griesbach
                                                           William C. Griesbach, Chief Judge
                                                           United States District Court